# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOCELYN ALEXIS PEREZ,<br><br>    Plaintiff<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant | Case No.: 2:24-cv-00856-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant State Farm Mutual Automobile Insurance Company's certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify State Farm's citizenship as required by the amendment to that rule.

I FURTHER ORDER defendant State Farm Mutual Automobile Insurance Company to file a proper certificate of interested parties by May 29, 2024.

DATED this 15th day of May, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE