UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOCELYN ALEXIS PEREZ, | Case No.: 2:24-cv-00856-APG-NJK |
| Plaintiff | **Order Remanding Case for Lack of Subject Matter Jurisdiction** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant | |

On May 10, 2024, I ordered defendant State Farm Automobile Insurance Company to show cause why this action should not be remanded to state court for lack of subject matter jurisdiction. ECF No. 4.  Specifically, State Farm had not demonstrated that the amount in controversy exceeded $75,000 to support diversity jurisdiction. *Id.*  I advised State Farm that failure to respond by June 7, 2024 would result in remand to the state court. *Id.* at 3.  State Farm did not specifically respond to the order to show cause.  To the extent State Farm meant its statement regarding removal to be a response, that filing repeats the assertions in the notice of removal, which I have already found insufficient. *See* ECF No. 8.  Consequently, State Farm has not met its burden of showing I have jurisdiction in this matter.

I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings.  The clerk of court is instructed to close this case.

DATED this 12th day of June, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE